UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM L. HARRIS, ET AL., | Case No. 5:12-CV-00049 EJD |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| CBS CORPORATION, | |
| Defendant. | |

This case is scheduled for a Case Management Conference on April 6, 2012. Based on the parties' Joint Case Management Statement and proposed schedule (see Docket Item No. 59), the court finds that a Case Management Conference would be premature at this time.

Accordingly, the Case Management Conference is CONTINUED to August 17, 2012. The parties shall file a Joint Case Management Statement no later than August 7, 2012.

**IT IS SO ORDERED.**

Dated: April 2, 2012

EDWARD J. DAVILA
United States District Judge

Case No. 5:12-CV-00049 EJD
CASE MANAGEMENT ORDER