FRANK D. POND (BAR NO. 126191)
KEVIN D. JAMISON (Bar No. 222105)
kjamison@pondnorth.com
ANN I. PARK (Bar No. 130394)
apark@pondnorth.com
JUSTIN F. CRONIN (Bar No. 260188)
jcronin@pondnorth.com
POND NORTH LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 617-6170

WILLIAM D. HARVARD, Admitted *Pro Hac Vice*
wdharvard@ehwlaw.com
EVERT WEATHERSBY & HOUFF
200 Cleveland Road, Suite 6
Bogart, Georgia 30622
Telephone: (706) 389-7300

Attorneys for Defendant CBS CORPORATION, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

IT IS SO ORDERED
Judge Edward J. Davila
11/2/2012

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM L. HARRIS and JEAN HARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS CORPORATION,<br><br>Defendant. | Case No: 5:12-CV-00049-EJD<br><br>**NOTICE OF WITHDRAWAL OF MOTION BY DEFENDANT CBS CORPORATION TO APPLY IDAHO LAW**<br><br>Date: December 7, 2012<br>Time: 9:00 a.m.<br><br>Judge: Honorable Edward J. Davila<br>Courtroom: 4<br><br>Case Filed: January 4, 2012<br>Trial Date: February 5, 2013 |

1

TO THE COURT, PLAINTIFFS, AND PLAINTIFFS' ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Northern District of California Local Civil Rule 7-7(e), Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation ("Westinghouse") hereby withdraws its Motion to Apply Idaho Law, and all related and amended documents filed in support thereof (Document Nos. 92-104), that is set for hearing on December 7, 2012, at 9:00 a.m., before the Honorable Edward J. Davila, in Courtroom 4 of the above-entitled Court, located at 280 South First Street, San Jose, California 95113.

This Notice of Withdrawal is timely as it is made before the time for filing and serving a Reply, and thus the hearing referenced above shall be taken off calendar pursuant to Local Civil Rule 7-7(e).

Notwithstanding the above, Westinghouse may find it necessary to re-file its Motion to Apply Idaho Law. Accordingly, Westinghouse respectfully requests that the Court to maintain the current hearing date of December 7, 2012 at 9:00 a.m. in Courtroom 4 in the event Westinghouse re-files its Motion to Apply Idaho Law.

Dated: October 31, 2012               POND NORTH LLP

                                      By: /s/ Kevin D. Jamison
                                          KEVIN D. JAMISON
                                          Attorneys for Defendant CBS CORPORATION,
                                          a Delaware corporation, f/k/a Viacom, Inc., successor
                                          by merger to CBS Corporation, a Pennsylvania
                                          corporation, f/k/a Westinghouse Electric Corporation

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 100 Spear Street, Suite 1200, San Francisco, California 94105.

On October 31, 2012, I served the following document(s): **NOTICE OF WITHDRAWAL OF MOTION BY DEFENDANT CBS CORPORATION TO APPLY IDAHO LAW** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

## ALL PARTIES APPEARING IN THIS ACTION

☒ I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at, Los Angeles, California.

☐ By Overnight Service: I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

☒ By E-Service: I electronically served the above document(s) via ECF/Pacer on all parties appearing in this action.

☐ By Personal Service: I caused to be delivered by courier **Nationwide Legal Express,** such envelope by hand to the offices of the above addressee(s).

☐ By Personal Service: I delivered such envelope by hand to the offices of the addressee(s).

☐ By Facsimile Machine: The document was transmitted by facsimile transmission to the number(s) indicated and was reported as complete and without error.

Executed: October 31, 2012

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Colleen Fulkerson*
Colleen Fulkerson
4520-3436