FRANK D. POND (Bar No. 126191)
KEVIN D. JAMISON (Bar No. 222105)
kjamison@pondnorth.com
MARY KATHERINE BACK (Bar No. 234021)
mback@pondnorth.com
POND NORTH LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA  90071
Telephone:  (213) 617-6170

WILLIAM D. HARVARD, Admitted *Pro Hac Vice*
wdharvard@ehwlaw.com
EVERT WEATHERSBY & HOUFF
200 Cleveland Road, Suite 6
Bogart, Georgia  30622
Telephone: (706) 389-7300

Attorneys for Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

FRANCIS E. FERNANDEZ (Bar No. 65775)
ffernandez@kazanlaw.com
AARON MYERS (Bar No. 200145)
amyers@kazanlaw.com
KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California   94607
Telephone:  (510) 302-1000
Facsimile:   (510) 835-49123

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM L. HARRIS and JEAN HARRIS,<br><br>    Plaintiffs,<br><br>vs.<br><br>CBS CORPORATION,<br><br>    Defendant. | Case No:  5:12-CV-00049-EJD<br><br>[PROPOSED] ORDER MODIFYING CASE MANAGEMENT ORDER<br><br>Judge:        Honorable Edward J. Davila<br>Case Filed:  January 4, 2012<br>ISC Date:    November 9, 2012<br>Time:         10:00 a.m.<br>Trial Date:  February 5, 2013 |

Plaintiffs William Harris and Jean Harris and Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., Successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation hereby stipulate to modify the Case Management Order and corresponding schedule as follows:

| Event | Current | Proposal by Parties |
|---|---|---|
| Interim status conference | Nov. 9 | VACATED |
| Designation of opening experts with reports | Nov. 16 | Dec. 3 |
| Last day to file dispositive motions | Nov. 21 | Dec. 7 |
| Designation of rebuttal experts with reports | Nov. 30 | Dec. 17 |
| Hearing date for any dispositive motions | Dec. 14 | Jan. 4 |
| Fact discovery cutoff | Nov. 30 | Dec. 21 |
| Last day to file motions re fact discovery | Dec. 7 | Jan. 4 |
| Expert discovery cutoff | Dec. 14 | Dec. 21 |
| Last day to file motions re expert discovery | Dec. 21 | Jan. 4 |
| Joint pre-trial conference statement, MILs and exchange of exhibits due | Jan. 4 | Jan. 4 |
| MIL oppositions | Jan. 8 | Jan. 13 |
| Voir dire questions, proposed jury instructions and proposed verdict forms due | Jan. 8 | Jan. 14 |
| Final pretrial conference | Jan. 18 | Jan. 25 at 11:00 a.m. |
| Jury selection | Feb. 4 | Feb. 4 |

As previously ordered, any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge.
Pursuant to ADR Local Rule 7-2, this action is referred to Magistrate Judge Howard R. Lloyd for a settlement conference to occur no later than January 18, 2013. The parties are instructed to contact Judge Lloyd's chambers to arrange a date for the conference.
The Interim Case Management Conference scheduled for November 9, 2012 is VACATED.
IT IS SO ORDERED.
DATED: November 6, 2012

HON. EDWARD J. DAVILA

2

[PROPOSED] ORDER MODIFYING CASE MANAGEMENT ORDER
5:12-cv-00049EJD

4520-3436-948626.1