1  FRANK D. POND (Bar No. 126191)
   KEVIN D. JAMISON (Bar No. 222105)
2  kjamison@pondnorth.com
   MARY KATHERINE BACK (Bar No. 234021)
3  mback@pondnorth.com
   POND NORTH LLP
4  350 South Grand Avenue, Suite 3300
   Los Angeles, CA  90071
5  Telephone:  (213) 617-6170

6  WILLIAM D. HARVARD, Admitted *Pro Hac Vice*
   wdharvard@ehwlaw.com
7  EVERT WEATHERSBY & HOUFF
   200 Cleveland Road, Suite 6
8  Bogart, Georgia  30622
   Telephone: (706) 389-7300
9
   Attorneys for Defendant CBS Corporation, a
10 Delaware corporation, f/k/a Viacom Inc.,
   successor by merger to CBS Corporation, a
11 Pennsylvania corporation, f/k/a Westinghouse
   Electric Corporation
12
   FRANCIS E. FERNANDEZ (Bar No. 65775)
13 ffernandez@kazanlaw.com
   AARON MYERS (Bar No. 200145)
14 amyers@kazanlaw.com
   KAZAN, McCLAIN, LYONS, GREENWOOD
15 & HARLEY
   A Professional Law Corporation
16 Jack London Market
   55 Harrison Street, Suite 400
17 Oakland, California  94607
   Telephone:  (510) 302-1000
18 Facsimile:   (510) 835-49123

19 Attorneys for Plaintiffs

20              **UNITED STATES DISTRICT COURT**

21          **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

22

| 23 | WILLIAM L. HARRIS and JEAN HARRIS, | Case No:  5:12-CV-00049-EJD |
|---|---|---|
| 24 | | [~~PROPOSED~~] **ORDER MODIFYING CASE MANAGEMENT ORDER** |
| 25 | Plaintiffs, | |
| 26 | vs. | Judge: Honorable Edward J. Davila<br>Case Filed: January 4, 2012 |
| 27 | CBS CORPORATION, | ISC Date: November 9, 2012<br>Time: 10:00 a.m. |
| 28 | Defendant. | Trial Date: February 5, 2013 |

[~~PROPOSED~~] ORDER MODIFYING CASE MANAGEMENT ORDER
5:12-cv-00049-EJD

4520-3436:948626.1

1  Plaintiffs William Harris and Jean Harris and Defendant CBS Corporation, a Delaware
2  corporation, f/k/a Viacom, Inc., Successor by merger to CBS Corporation, a Pennsylvania
3  corporation, f/k/a Westinghouse Electric Corporation hereby stipulate to modify the Case
4  Management Order and corresponding schedule as follows:

| Event | Current | Proposal by Parties |
|---|---|---|
| Interim status conference | Nov. 9 | VACATED |
| Designation of opening experts with reports | Nov. 16 | Dec. 3 |
| Last day to file dispositive motions | Nov. 21 | Dec. 7 |
| Designation of rebuttal experts with reports | Nov. 30 | Dec. 17 |
| Hearing date for any dispositive motions | Dec. 14 | Jan. 4 |
| Fact discovery cutoff | Nov. 30 | Dec. 21 |
| Last day to file motions re fact discovery | Dec. 7 | Jan. 4 |
| Expert discovery cutoff | Dec. 14 | Dec. 21 |
| Last day to file motions re expert discovery | Dec. 21 | Jan. 4 |
| Joint pre-trial conference statement, MILs and exchange of exhibits due | Jan. 4 | Jan. 4 |
| MIL oppositions | Jan. 8 | Jan. 13 |
| Voir dire questions, proposed jury instructions and proposed verdict forms due | Jan. 8 | Jan. 14 |
| Final pretrial conference | Jan. 18 | Jan. 25 at 11:00 a.m. |
| Jury selection | Feb. 4 | Feb. 4 |

As previously ordered, any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge.
Pursuant to ADR Local Rule 7-2, this action is referred to Magistrate Judge Howard R. Lloyd for a settlement conference to occur no later than January 18, 2013.  The parties are instructed to contact Judge Lloyd's chambers to arrange a date for the conference.
The Interim Case Management Conference scheduled for November 9, 2012 is VACATED.
IT IS SO ORDERED.
DATED: November 6, 2012

HON. EDWARD J. DAVILA

2

[PROPOSED] ORDER MODIFYING CASE MANAGEMENT ORDER
5:12-cv-00049EJD

4520-3436-948626.1