FRANK D. POND (Bar No. 126191)
KEVIN D. JAMISON (Bar No. 222105)
kjamison@pondnorth.com
MARY KATHERINE BACK (Bar No. 234021)
mback@pondnorth.com
POND NORTH LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 617-6170

WILLIAM D. HARVARD, Admitted *Pro Hac Vice*
wdharvard@ehwlaw.com
EVERT WEATHERSBY & HOUFF
200 Cleveland Road, Suite 6
Bogart, Georgia 30622
Telephone: (706) 389-7300

Attorneys for Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

FRANCIS E. FERNANDEZ (Bar No. 65775)
ffernandez@kazanlaw.com
AARON MYERS (Bar No. 200145)
amyers@kazanlaw.com
KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-49123

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM L. HARRIS and JEAN HARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS CORPORATION,<br><br>Defendant. | Case No: 5:12-CV-00049-EJD<br><br>[~~PROPOSED~~] ORDER MODIFYING BRIEFING SCHEDULE RE MOTION TO APPLY IDAHO LAW<br><br>Judge: Honorable Edward J. Davila<br>Case Filed: January 4, 2012<br>ISC Date: November 9, 2012<br>Time: 10:00 a.m.<br>Trial Date: February 5, 2013 |

1

1  ~~Plaintiffs William Harris and Jean Harris ("Plaintiffs") and Defendant CBS Corporation, a~~
2  ~~Delaware corporation, f/k/a Viacom, Inc., Successor by merger to CBS Corporation, a Pennsylvania~~
3  ~~corporation, f/k/a Westinghouse Electric Corporation ("Westinghouse") hereby respectfully request~~
4  ~~the hearing on the Motion to Apply Idaho Law ("Motion") be continued to December 14, 2012 or~~
5  ~~21, 2012.~~

6  **~~OR IN THE ALTERNATIVE:~~**

7  Plaintiffs and Westinghouse request the Court's consent to a modified briefing schedule on
8  the December 7, 2012 hearing date for the Motion, as follows:

9  Motion to be filed on November 16, 2012;

10  Opposition due on November 26, 2012; and

11  Reply due December 3, 2012.

13  IT IS SO ORDERED.

14  DATED:   November 6, 2012

_____
HON. EDWARD J. DAVILA