| | |
|---|---|
| 1 | FRANK D. POND (Bar No. 126191) |
| | KEVIN D. JAMISON (Bar No. 222105) |
| 2 | kjamison@pondnorth.com |
| | MARY KATHERINE BACK (Bar No. 234021) |
| 3 | mback@pondnorth.com |
| | POND NORTH LLP |
| 4 | 350 South Grand Avenue, Suite 3300 |
| | Los Angeles, CA  90071 |
| 5 | Telephone:  (213) 617-6170 |
| 6 | WILLIAM D. HARVARD, Admitted *Pro Hac Vice* |
| | wdharvard@ehwlaw.com |
| 7 | EVERT WEATHERSBY & HOUFF |
| | 200 Cleveland Road, Suite 6 |
| 8 | Bogart, Georgia  30622 |
| | Telephone: (706) 389-7300 |
| 9 | |
| 10 | Attorneys for Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., |
| | successor by merger to CBS Corporation, a |
| 11 | Pennsylvania corporation, f/k/a Westinghouse Electric Corporation |
| 12 | |
| 13 | FRANCIS E. FERNANDEZ (Bar No. 65775) |
| | ffernandez@kazanlaw.com |
| 14 | AARON MYERS (Bar No. 200145) |
| | amyers@kazanlaw.com |
| 15 | KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY |
| 16 | A Professional Law Corporation |
| | Jack London Market |
| 17 | 55 Harrison Street, Suite 400 |
| | Oakland, California  94607 |
| 18 | Telephone:  (510) 302-1000 |
| | Facsimile:   (510) 835-49123 |
| 19 | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | | |
|---|---|---|
| WILLIAM L. HARRIS and JEAN HARRIS, | ) | Case No:  5:12-CV-00049-EJD |
| | ) | |
| Plaintiffs, | ) | [~~PROPOSED~~] ORDER MODIFYING BRIEFING SCHEDULE RE MOTION TO APPLY IDAHO LAW |
| vs. | ) | |
| | ) | Judge:      Honorable Edward J. Davila |
| CBS CORPORATION, | ) | Case Filed:  January 4, 2012 |
| | ) | ISC Date:   November 9, 2012 |
| Defendant. | ) | Time:       10:00 a.m. |
| | ) | Trial Date:  February 5, 2013 |

1

[~~PROPOSED~~] ORDER BRIEFING SCHEDULE RE MOTION TO APPLY IDAHO LAW
5:12-cv-00049-EJD

1  ~~Plaintiffs William Harris and Jean Harris ("Plaintiffs") and Defendant CBS Corporation, a~~
2  ~~Delaware corporation, f/k/a Viacom, Inc., Successor by merger to CBS Corporation, a Pennsylvania~~
3  ~~corporation, f/k/a Westinghouse Electric Corporation ("Westinghouse") hereby respectfully request~~
4  ~~the hearing on the Motion to Apply Idaho Law ("Motion") be continued to December 14, 2012 or~~
5  ~~21, 2012.~~

6  **~~OR IN THE ALTERNATIVE:~~**

7  Plaintiffs and Westinghouse request the Court's consent to a modified briefing schedule on
8  the December 7, 2012 hearing date for the Motion, as follows:

9  Motion to be filed on November 16, 2012;

10 Opposition due on November 26, 2012; and

11 Reply due December 3, 2012.

13 IT IS SO ORDERED.

14 DATED:   November 6, 2012

   _____
   HON. EDWARD J. DAVILA