Francis E. Fernandez, Esq. (C.S.B. #65775)
ffernandez@kazanlaw.com
Aaron Myers, Esq. (C.S.B. #200145)
amyers@kazanlaw.com
KAZAN, McCLAIN, LYONS, GREENWOOD
  & HARLEY
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

Attorneys for Plaintiffs



IT IS SO ORDERED
Judge Edward J. Davila
12/10/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM L. HARRIS and JEAN HARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS CORPORATION, a Delaware Corporation, formerly known as VIACOM INC., successor by merger to CBS CORPORATION, a Pennsylvania Corporation formerly known as WESTINGHOUSE ELECTRIC CORPORATION,<br><br>Defendant. | No. 5:12-cv-00049-EJD (HRL)<br><br>**STIPULATION RE: PLAINTIFFS' FILING OF FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Edward J. Davila<br><br>Case filed: January 4, 2012<br><br>Trial date: February 4, 2013 |

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, defendant CBS Corporation (formerly known as Viacom, Inc., formerly known as Westinghouse Electric Corporation) ("CBS") hereby consents and stipulates to the filing of a first amended complaint by plaintiffs William L. Harris and Jean Harris ("plaintiffs"), no later than Saturday, December 8, 2012.

/ /

/ /

/ /

/ /

In addition, CBS and plaintiffs stipulate that CBS shall file and serve an answer to plaintiffs' first amended complaint no later than Monday, December 17, 2012.

Respectfully submitted,

DATED: December 7, 2012     KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY
A Professional Law Corporation

By:     /s/ Aaron Myers, Esq.

Attorneys for Plaintiffs William L. Harris and Jean Harris

DATED: December 7, 2012     POND NORTH LLP

By:     /s/ Kevin D. Jamison, Esq.

Attorneys for Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

KAZAN, MCCLAIN, LYONS, GREENWOOD & HARLEY, A PROFESSIONAL LAW CORPORATION
JACK LONDON MARKET
55 HARRISON STREET, SUITE 400
OAKLAND, CA 94607
(510) 302-1000
(510) 465-7728
FAX (510) 835-4913

AMYERS/1156953.1    STIPULATION RE: PLS.' FILING OF FIRST AM. COMPLAINT, Case No. 5:12-cv-00049-EJD (HRL)    2