**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM L. HARRIS, et. al., | CASE NO. 5:12-cv-00049 EJD |
| Plaintiff(s), | **AMENDED ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |
| v. | |
| CBS CORPORATION, et. al., | |
| Defendant(s). | |

Due to the unavailability of the previously-assigned magistrate judge, the order referring this case to a settlement conference (see Docket Item No. 110) is amended as follows:

Pursuant to ADR Local Rule 7-2, this action is referred to Magistrate Judge Nathanael Cousins for a settlement conference to occur no later than January 18, 2013. The parties are instructed to contact Judge Cousins' courtroom deputy to arrange a date for the conference.

**IT IS SO ORDERED.**

Dated:  December 18, 2012

EDWARD J. DAVILA
United States District Judge