```
 1  FRANK D. POND (Bar No. 126191)
    KEVIN D. JAMISON (Bar No. 222105)
 2  kjamison@pondnorth.com
    MARY KATHERINE BACK (Bar No. 234021)
 3  mback@pondnorth.com
    GAVIN D. WHITIS (BAR NO. 184133)
 4  gwhitis@pondnorth.com
    POND NORTH LLP
 5  350 South Grand Avenue, Suite 3300
    Los Angeles, CA  90071
 6  Telephone:  (213) 617-6170

 7  WILLIAM D. HARVARD, Admitted Pro Hac Vice
    wdharvard@ehwlaw.com
 8  EVERT WEATHERSBY & HOUFF
    200 Cleveland Road, Suite 6
 9  Bogart, Georgia  30622
    Telephone: (706) 389-7300
10
    Attorneys for Defendant CBS Corporation, a
11  Delaware corporation, f/k/a Viacom Inc.,
    successor by merger to CBS Corporation, a
12  Pennsylvania corporation, f/k/a Westinghouse
    Electric Corporation
13
```

**IT IS SO ORDERED**
*Judge Edward J. Davila*
12/20/2012

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM L. HARRIS and JEAN HARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS CORPORATION,<br><br>Defendant. | Case No:  5:12-CV-00049-EJD<br><br>**STIPULATION TO FILE ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Judge:     Honorable Edward J. Davila<br>Crtrm:     4<br><br>Case Filed:  January 4, 2012<br>Trial Date:  February 5, 2013 |

Plaintiffs William L. Harris and Jean Harris ("Plaintiffs") hereby consent and stipulate to the filing and service of CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation's ("Westinghouse") answer to Plaintiffs' First Amended Complaint [Docket No. 122] no later than December 18, 2012. This stipulation supersedes that stipulation between Plaintiffs and Westinghouse entered on December 7, 2012 [Docket No. 121], as to the date of filing Westinghouse's answer.

Dated: December 18, 2012          POND NORTH LLP

                                  By: /s/ Mary Katherine Back
                                      KEVIN D. JAMISON
                                      MARY KATHERINE BACK
                                      Attorneys for Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation


Dated: December 18, 2012          KAZAN McCLAIN LYONS GREENWOOD &
                                  HARLEY LLP

                                  By: /s/ Aaron Myers
                                      AARON MYERS
                                      Attorneys for Plaintiffs
                                      WILLIAM L. HARRIS and JEAN HARRIS