FRANK D. POND (Bar No. 126191)
KEVIN D. JAMISON (Bar No. 222105)
kjamison@pondnorth.com
MARY KATHERINE BACK (Bar No. 234021)
mback@pondnorth.com
GAVIN D. WHITIS (BAR NO. 184133)
gwhitis@pondnorth.com
POND NORTH LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA  90071
Telephone:  (213) 617-6170

WILLIAM D. HARVARD, Admitted *Pro Hac Vice*
wdharvard@ehwlaw.com
EVERT WEATHERSBY & HOUFF
200 Cleveland Road, Suite 6
Bogart, Georgia  30622
Telephone: (706) 389-7300

Attorneys for Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

*IT IS SO ORDERED*
Judge Edward J. Davila
12/20/2012

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM L. HARRIS and JEAN HARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS CORPORATION,<br><br>Defendant. | Case No:  5:12-CV-00049-EJD<br><br>**STIPULATION TO FILE ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Judge:      Honorable Edward J. Davila<br>Crtrm:      4<br><br>Case Filed: January 4, 2012<br>Trial Date: February 5, 2013 |

Plaintiffs William L. Harris and Jean Harris ("Plaintiffs") hereby consent and stipulate to the filing and service of CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation's ("Westinghouse") answer to Plaintiffs' First Amended Complaint [Docket No. 122] no later than December 18, 2012.  This stipulation supersedes that stipulation between Plaintiffs and Westinghouse entered on December 7, 2012 [Docket No. 121], as to the date of filing Westinghouse's answer.

Dated:  December 18, 2012

POND NORTH LLP

By: */s/ Mary Katherine Back*
KEVIN D. JAMISON
MARY KATHERINE BACK
Attorneys for Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

Dated:  December 18, 2012

KAZAN McCLAIN LYONS GREENWOOD & HARLEY LLP

By: */s/ Aaron Myers*
AARON MYERS
Attorneys for Plaintiffs
WILLIAM L. HARRIS and JEAN HARRIS