1  FRANK D. POND (Bar No. 126191)
   KEVIN D. JAMISON (Bar No. 222105)
2  kjamison@pondnorth.com
   MARY KATHERINE BACK (Bar No. 234021)
3  mback@pondnorth.com
   GAVIN D. WHITIS (BAR NO. 184133)
4  gwhitis@pondnorth.com
   POND NORTH LLP
5  350 South Grand Avenue, Suite 3300
   Los Angeles, CA 90071
6  Telephone: (213) 617-6170

7  WILLIAM D. HARVARD, Admitted *Pro Hac Vice*
   wdharvard@ehwlaw.com
8  EVERT WEATHERSBY & HOUFF
   200 Cleveland Road, Suite 6
9  Bogart, Georgia 30622
   Telephone: (706) 389-7300
10
   Attorneys for Defendant CBS Corporation, a
11 Delaware corporation, f/k/a Viacom Inc.,
   successor by merger to CBS Corporation, a
12 Pennsylvania corporation, f/k/a Westinghouse
   Electric Corporation
13

14

15                    UNITED STATES DISTRICT COURT

16          NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

17

18 WILLIAM L. HARRIS and          Case No: 5:12-cv-00049-EJD
   JEAN HARRIS
19                                [PROPOSED] ORDER GRANTING
                                  STIPULATION TO EXCEED PAGE LIMITS
20                                RELATED CBS CORPORATION'S MOTION
          Plaintiffs,             RE CHOICE OF LAW
21
      vs.                         Date:       January 7, 2012
22                                Time:       3:00 p.m.
   CBS CORPORATION
23                                Judge:      Honorable Edward J. Davila
          Defendants.             Courtroom:  4
24
                                  Case Filed: January 4, 2012
25

26       Pursuant to the Stipulation to Exceed Page Limits Related to CBS Corporation's Motion Re

27 Choice of Law entered into by and between counsel for Plaintiffs William L. Harris and Jean Harris

28 ("Plaintiffs"), on the one hand, and Defendant CBS Corporation, a Delaware corporation, f/k/a

1

1  Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a
2  Westinghouse Electric Corporation ("Westinghouse"), on the other hand, the Court hereby
3  **ORDERS** as follows:
4      1.    Westinghouse shall be permitted up to and including thirty (30) pages of discussion
5  of fact and law within its Memorandum of Points and Authorities in support of its Motion Re Choice
6  of Law.
7  IT IS SO ORDERED.
8  Dated: _____12/20/2012_____                        _____
9                                                         HONORABLE EDWARD J. DAVILA
                                                       *United States District Court Judge*

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 350 South Grand Avenue, Suite 3300, Los Angeles, CA 90071.

On DECEMBER 18, 2012, I served the following document(s): **[PROPOSED] ORDER GRANTING STIPULATION TO EXCEED PAGE LIMITS RELATED CBS CORPORATION'S MOTION RE CHOICE OF LAW** on the interested parties in this action as follows:

☐ I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at, Los Angeles, California.

☐ By Overnight Service: I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

☒ By E-Service: I electronically served the above document(s) via **CM/ECF** on the recipients designated on the website.

☐ By Personal Service: I caused to be delivered by courier **Nationwide Legal Express,** such envelope by hand to the offices of the above addressee(s).

☐ By Personal Service: I delivered such envelope by hand to the offices of the addressee(s).

☐ By Facsimile Machine: The document was transmitted by facsimile transmission to the number(s) indicated and was reported as complete and without error.

Executed: December 18, 2012

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Elona Conchas*
Elona Conchas
4520.3436

---

[PROPOSED] ORDER GRANTING STIPULATION TO EXCEED PAGE LIMITS RELATED TO CBS CORPORATION'S MOTION RE CHOICE OF LAW

4520-3436:925485.1