**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM L HARRIS, et. al., | CASE NO. 5:12-cv-00049 EJD |
| Plaintiff(s), | **ORDER RE: MOTION TO EXCEED PAGE LIMITS** |
| v. | |
| CBS CORPORATION, et. al., | [Docket Item No(s). 128] |
| Defendant(s). | |

On December 18, 2012, Defendant filed a Motion to Exceed Page Limits in Support of its Motion for Summary Judgment, and noticed such motion for hearing on January 7, 2012.  See Docket Item No. 128.  Having conducted a preliminary review of the motion, the court finds that it is appropriately treated as an administrative motion under Civil Local Rule 7-11 rather than as a noticed motion.

In light of this determination and the upcoming holiday, Plaintiffs shall file any opposition or notice of non-opposition to the administrative motion on or before **December 28, 2012**, at which time it will be deemed submitted for decision.

**IT IS SO ORDERED.**

Dated:  December 20, 2012

EDWARD J. DAVILA
United States District Judge

1