1  FRANK D. POND (Bar No. 126191)
   KEVIN D. JAMISON (Bar No. 222105)
2  kjamison@pondnorth.com
   MARY KATHERINE BACK (Bar No. 234021)
3  mback@pondnorth.com
   GAVIN D. WHITIS (BAR NO. 184133)
4  gwhitis@pondnorth.com
   POND NORTH LLP
5  350 South Grand Avenue, Suite 3300
   Los Angeles, CA  90071
6  Telephone:  (213) 617-6170

7  WILLIAM D. HARVARD, Admitted *Pro Hac Vice*
   wdharvard@ehwlaw.com
8  EVERT WEATHERSBY & HOUFF
   200 Cleveland Road, Suite 6
9  Bogart, Georgia  30622
   Telephone: (706) 389-7300
10
   Attorneys for Defendant CBS Corporation, a
11 Delaware corporation, f/k/a Viacom Inc.,
   successor by merger to CBS Corporation, a
12 Pennsylvania corporation, f/k/a Westinghouse
   Electric Corporation
13

**IT IS SO ORDERED**
Judge Edward J. Davila
12/21/2012

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM L. HARRIS and JEAN HARRIS,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CBS CORPORATION,<br><br>    Defendant. | Case No:  5:12-CV-00049-EJD<br><br>**STIPULATION TO FILE AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE RE MOTION TO BIFURCATE**<br><br>Judge:    Honorable Edward J. Davila<br>Crtrm:    4<br><br>Case Filed:   January 4, 2012<br>Trial Date:   February 5, 2013 |

STIPULATION TO FILE AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND
BRIEFING SCHEDULE RE MOTION TO BIFURCATE
                                                                                5:12-cv-00049-EJD
4520-3436:971381.1

Plaintiffs William L. Harris and Jean Harris ("Plaintiffs") hereby consent and stipulate to the filing and service of CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation's ("Westinghouse") amended answer to Plaintiffs' First Amended Complaint [Docket No. 122], no later than December 19, 2012.

Plaintiffs and Westinghouse also stipulate to the following briefing schedule with respect to Westinghouse's Motion to Bifurcate [Docket No. 117] set for hearing on January 7, 2013, as follows:

(1) Plaintiffs' Opposition is now due December 26, 2012 and

(2) Westinghouse's Reply is now due January 2, 2013.

Dated:  December 19, 2012                    POND NORTH LLP

By:  */s/ Mary Katherine Back*
KEVIN D. JAMISON
MARY KATHERINE BACK
Attorneys for Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

Dated:  December 19, 2012                    KAZAN McCLAIN LYONS GREENWOOD & HARLEY LLP

By:  */s/ Aaron Myers*
AARON MYERS
Attorneys for Plaintiffs
WILLIAM L. HARRIS and JEAN HARRIS