FRANK D. POND (Bar No. 126191)
KEVIN D. JAMISON (Bar No. 222105)
kjamison@pondnorth.com
MARY KATHERINE BACK (Bar No. 234021)
mback@pondnorth.com
GAVIN D. WHITIS (BAR NO. 184133)
gwhitis@pondnorth.com
POND NORTH LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA  90071
Telephone:  (213) 617-6170

WILLIAM D. HARVARD, Admitted *Pro Hac Vice*
wdharvard@ehwlaw.com
EVERT WEATHERSBY & HOUFF
200 Cleveland Road, Suite 6
Bogart, Georgia  30622
Telephone: (706) 389-7300

Attorneys for Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

**IT IS SO ORDERED**
Judge Edward J. Davila
12/21/2012

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM L. HARRIS and JEAN HARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS CORPORATION,<br><br>Defendant. | Case No:  5:12-CV-00049-EJD<br><br>**STIPULATION TO FILE AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE RE MOTION TO BIFURCATE**<br><br>Judge:   Honorable Edward J. Davila<br>Crtrm:   4<br><br>Case Filed:   January 4, 2012<br>Trial Date:   February 5, 2013 |

Plaintiffs William L. Harris and Jean Harris ("Plaintiffs") hereby consent and stipulate to the filing and service of CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation's ("Westinghouse") amended answer to Plaintiffs' First Amended Complaint [Docket No. 122], no later than December 19, 2012.

Plaintiffs and Westinghouse also stipulate to the following briefing schedule with respect to Westinghouse's Motion to Bifurcate [Docket No. 117] set for hearing on January 7, 2013, as follows:

(1) Plaintiffs' Opposition is now due December 26, 2012 and

(2) Westinghouse's Reply is now due January 2, 2013.

Dated: December 19, 2012                POND NORTH LLP

                                        By: */s/ Mary Katherine Back*
                                        KEVIN D. JAMISON
                                        MARY KATHERINE BACK
                                        Attorneys for Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

Dated: December 19, 2012                KAZAN McCLAIN LYONS GREENWOOD & HARLEY LLP

                                        By: */s/ Aaron Myers*
                                        AARON MYERS
                                        Attorneys for Plaintiffs
                                        WILLIAM L. HARRIS and JEAN HARRIS

2
STIPULATION TO FILE AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE RE MOTION TO BIFURCATE
5:12-cv-00049-EJD
4520-3436:971381.1